972

No. 69–5021.  MABRY *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.  *Aikens* v. *California, ante,* p. 813.

No. 69–5022.  NYE *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  *Aikens* v. *California, ante,* p. 813.

No. 69–5026.  ROBLES *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.  *Aikens* v. *California, ante,* p. 813.

No. 69–5037.  KING *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.  *Aikens* v. *California, ante,* p. 813.

No. 69–5040.  MILTON *v.* CALIFORNIA; and
No. 69–5042.  FLOYD *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.  *Aikens* v. *California, ante,* p. 813. Reported below: 1 Cal. 3d 694, 464 P. 2d 64.

No. 70–5007.  WADE ET AL. *v.* OREGON.  Ct. App. Ore. Certiorari denied.  MR. JUSTICE DOUGLAS dissents.

No. 70–5202.  BLEVINS ET AL. *v.* OREGON.  Sup. Ct. Ore.  Certiorari denied.  MR. JUSTICE DOUGLAS dissents.